ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com
Email:  nicholas.belay@akerman.com

*Attorneys for PennyMac Loan Services, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ALI CALMA,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS,
INC.; and PENNYMAC LOAN SERVICES,
LLC,

Defendants.

Case No.: 2:22-cv-02136-RFB-NJK

**STIPULATION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO
COMPLAINT**

**(FIRST REQUEST)**

Plaintiff Ali Calma, and Defendant PennyMac Loan Services, LLC hereby stipulate and agree that PennyMac shall have an additional two (2) weeks, up to and including **February 1, 2023**, to file its response to the plaintiff's complaint, which is currently due on January 18, 2023. The complaint was filed on December 22, 2022.

Good cause exists to grant the requested extension.  The parties enter into this stipulation to address current time and scheduling constraints on PennyMac's counsel.  Further, PennyMac's counsel was just recently retained and requires additional time to review the complaint.

. . .

. . .

. . .

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{68153456;1}

*Calma v. Equifax Information Services, LLC et al.,*
2:22-cv-02136-RFB-NJK

1  This is the parties' first request for an extension of this deadline and is not intended to cause

2  any delay or prejudice to any party.

3  DATED this 11th day of January, 2023.

| AKERMAN LLP | FREEDOM LAW FIRM, LLC |
|---|---|
| */s/ Nicholas E. Belay* | */s/ Gerardo Avalos* |
| ARIEL E. STERN, ESQ. | GEORGE HAINES, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 9411 |
| NATALIE L. WINSLOW, ESQ. | GERARDO AVALOS, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 15171 |
| NICHOLAS E. BELAY, ESQ. | 8985 S. Eastern Avenue, Suite 350 |
| Nevada Bar No. 15175 | Las Vegas, NV 89123 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | *Attorneys for Ali Calma* |
| | |
| *Attorneys for PennyMac Loan Services, LLC* | |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** January 12, 2023

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572