1  GIA N. MARINA
   Nevada Bar No. 15276
2  **CLARK HILL PLLC**
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada  89169
   E-mail: gmarina@clarkhill.com
4  Telephone:  (702) 862-8300
   Facsimile:  (702) 778-9709
5  *Attorney for Defendant*
   *Equifax Information Services LLC*
6

7

8                    **UNITED STATES DISTRICT COURT**
                          **DISTRICT OF NEVADA**
9

10 ALI CALMA,                          )  **Case No. 2:22-cv-02136-RFB-NJK**
                                       )
11           Plaintiff,                )
                                       )
12 vs.                                 )  **JOINT MOTION FOR EXTENSION OF**
                                       )  **TIME FOR DEFENDANT EQUIFAX**
13 EQUIFAX INFORMATION SERVICES, LLC;  )  **INFORMATION SERVICES LLC TO**
   EXPERIAN INFORMATION SOLUTIONS,     )  **FILE ANSWER**
14 INC.; and PENNYMAC LOAN SERVICES,   )
   LLC,                                )  **FIRST REQUEST**
15                                     )
                                       )
16           Defendants.               )
                                       )
17                                     )

18      Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

19 time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

20 no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED

21 to by and among counsel, that Defendant Equifax Information Services LLC's time to answer,

22 move or otherwise respond to the Complaint in this action is extended from January 18, 2023

23 through and including **February 17, 2023**.  The request was made by Equifax so that it can have

24 an

25 / /

26 / /

27 / /

28 / /

1  opportunity to collect and review its internal files pertaining to the allegations in the Complaint,
2  and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.
3       Respectfully submitted, this 17th day of January, 2023.

CLARK HILL PLLC

By: /s/Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
3800 Howard Hughes Pkwy,
Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 778-9709
Email: gmarina@clarkhill.com
*Attorney for Defendant Equifax Information Services LLC*

**<u>No opposition</u>**

/s/George Haines
George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
FREEDOM LAW GROUP
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: ghaines@freedomlegalteam.com
Email: gavalos@freedomlegalteam.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: January 18, 2023