1  George Haines, Esq.
2  Nevada Bar No. 9411
3  Gerardo Avalos, Esq.
   Nevada Bar No. 15171
4  **FREEDOM LAW FIRM, LLC**
5  8985 South Eastern Ave., Suite 100
6  Las Vegas, NV 89123
   Phone: (702) 880-5554
7  FAX: (702) 385-5518
8  Email: info@freedomlegalteam.com
9  *Attorneys for Plaintiff Ali Calma*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Ali Calma, | Case No.: 2:22-cv-02136-RFB-NJK |
| Plaintiff, | **Stipulation and Order for an extension of time for Plaintiff to respond to Pennymac Loan Services, LLC's Motion to Consolidate Cases** |
| v. | |
| Equifax Information Services, LLC; Experian Information Solutions, Inc.; and Pennymac Loan Services, LLC, | |
| Defendants. | |

Ali Calma ("Plaintiff") and Pennymac Loan Services, LLC ("Defendant") (together as "the Parties") by counsel, hereby submit this Stipulation and Order for an extension of time for Plaintiff to respond to Pennymac Loan Services, LLC's Motion to Consolidate Cases filed on May 3, 2023. ECF 30. This is the first request for an extension of this deadline.

STIPULATION - 1 -

The extension is sought because the parties are engaged in settlement discussions and hope to avoid the additional expense of fully briefing the Motion, as without this added cost, the parties are in a better position to reach a resolution.

As such, the parties are requesting an extension of time for Plaintiff to respond to Defendant's Motion by 14 days from the current deadline of May 17, 2023 to **May 31, 2023.**

This Stipulation is brought in good faith and not for purposes of delay. The parties hereby request that the Court order that Plaintiff's opposition to the pending Motion to Consolidate Cases shall be due on or before **May 31, 2023**.

Dated: May 17, 2023.

**FREEDOM LAW FIRM, LLC**
 /s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, NV 89123
*Counsel for Plaintiff*

**AKERMAN LLP**
 /s/ Natalie L. Winslow
Ariel E. Stern, Esq.
Natalie L. Winslow, Esq.
Nicholas E. Belay, Esq.
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Counsel for Pennymac Loan Services, LLC*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 18th day of May, 2023.

STIPULATION — - 2 -