George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Ali Calma*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Ali Calma,<br><br>    Plaintiff,<br><br> v.<br><br>Equifax Information Services LLC;<br>Experian Information Solutions, Inc.;<br>and PennyMac Loan Services, LLC,<br><br>    Defendants. | Case No.: 2:22-cv-02136-RFB-NJK<br><br>**Stipulation for dismissal of PennyMac Loan Services, LLC with prejudice.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Ali Calma and PennyMac Loan Services, LLC stipulate to dismiss Plaintiff's claims against PennyMac Loan Services, LLC with prejudice.

///
///
///
///
///
///
///

STIPULATION            - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: July 24, 2023.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Ali Calma*

**AKERMAN LLP**

/s/ Nicholas E. Belay
Ariel E. Stern, Esq.
Natalie L. Winslow, Esq.
Nicholas E. Belay, Esq.
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Counsel for Pennymac Loan Services, LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: July 25, 2023

STIPULATION                                - 2 -