# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALI CALMA,<br><br>    Plaintiff(s),<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>    Defendant(s). | Case No. 2:22-cv-02136-RFB-NJK<br><br>**ORDER** |

On August 4, 2023, Plaintiff filed a notice of settlement with Defendant Equifax, indicating that dismissal papers would be filed by September 6, 2023. Docket No. 40. Those dismissal papers remain elusive. The parties are **ORDERED** to file dismissal papers by May 10, 2024.

IT IS SO ORDERED.

Dated: April 18, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1